JAMES McLANE v. THE STATE.

No. 22434. Delivered March 10, 1943.

The opinion states the case.

*Fred Whitaker,* of Carthage, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was assessed a penalty of one year in the penitentiary on a charge of failing to stop and render aid.

This is a companion case to No. 22,433, Henry D. Mimms v. State, this day decided. (Page 456 of this volume). The parties were jointly indicted but separately tried. The facts are in all respects substantially the same. The questions of law presented are identical.

For the reasons stated in the Mimms case, the judgment of the trial court is affirmed.